IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EZEKIEL J. GAYTON,<br><br>Defendant. | Citation Number: 7392462, 7392463, 7392465, M12<br><br>ORDER TO IMPLEMENT A PAYMENT PLAN FOR FINES ASSESSED<br><br>and<br><br>ORDER TO QUASH ISSUED BENCH WARRANT |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above motion to implement the payment plan for fines assessed and to quash the issued bench warrant is granted.

DATED this 16th day of September, 2019.

John Johnston
United States Magistrate Judge